UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MICHAEL MILANO,<br><br>    Plaintiff,<br><br>vs.<br><br>MARIAFE VITAL,<br><br>    Defendant. | Case No.: 3:17-CV-00403-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 41) |

  Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 41[1]) entered on October 8, 2019, recommending that the Court grant Defendant's motion for summary judgment (ECF No. 32).  No objection to the Report and Recommendation has been filled.

  This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

  IT IS HEREBY ORDERED that Magistrate Judge Cobb's Report and Recommendation (ECF No. 41) entered on October 8, 2019, is ADOPTED and ACCEPTED.

---

[1] Refers to Court's docket number.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment (ECF No. 32) is GRANTED.

IT IS FURTHER ORDERED that the Court Clerk shall enter judgment accordingly.

IT IS FURTHER ORDERED that the Clerk of the Court shall close this case.

IT IS SO ORDERED.

Dated this 31st day of October, 2019.

_____
ROBERT C. JONES
Senior District Judge